# Executive Grant of Clemency

**AFTER CONSIDERING** the applications for executive clemency of the following named persons and a letter from the Department of Justice recommending executive clemency in each case, I hereby grant full and unconditional pardons to the following named persons for those offenses against the United States described in each such recommendation:

JAMES ROBERT ADELMAN
JOHN CLYDE ANDERSON
ZACHARY JAMES RAY ANDERSON
OCTAVIO JOAQUIN ARMENTEROS,
AKA OCTAVIO JOAQUIN ARMENTEROS-IGLESIAS
STEPHEN LEE ARRINGTON
JOHN R. BARKER,
AKA JOHNNIE RAY BARKER
YOLANDA DEANN BECK
LISA ANN BELL,
FKA LISA ANN LINK
HERBERT EUGENE BENNETT
CARRIE ANN BURRIS
MITCHELL RAY CAMPBELL
ROBERT JAY CARLTON
EDWARD CASAS
KURT DAVID CHRISTENSEN
JAMES GORDON CHRISTMAS III
KIM KATHLEEN DRAKE,
FKA KIM HAHN
AND KIM OTTO
EUPHEMIA LAVONTE DUNCAN,
AKA EUPHEMIA DUNCAN-STRINGER
GERMEEN DUPLESSIS,
FKA GERMEEN MICHAEL HASSON
DEANNE NICHOLE DWIGHT,
FKA DEANNE NICHOLE BELL
OLADIPO OLUWADARE EDDO
TREVOR CHINWEUBA EKEH,
FKA CHINWEUBA TREVOR EKEH
ANDREW DALE ELLIFSON
CLAUDE NATHALIE EYAMBA FENNO,
FKA CLAUDE-NATHALIE EBEHEDI EYAMBA
MARVIN GLYN FERRELL, JR.
SHEREE LYNN FOX
ARTHUR MARTIN GILREATH,
AKA ARTHUR MARTIN GILBREATH
RONALD EARL GREEN
BILLY LYNN GREENE
PETER DWIGHT HEIDGERD
FRED ELLESTON HICKS
CHARLES D. HINTON
ROBERT KEVIN HOBBS,
AKA KEVIN HOBBS
LEANTON SHELDON HOPEWELL, SR.
JOSEPH WILLIAM HOPKINS

MICHELLE BREAZEALE HORTON,
FKA MICHELLE DIANE MULKEY
AND MICHELLE DIANE BREAZEALE
MARK EUGENE IVEY
LISA ANN JANDRO,
AKA JOLINE MARIE HERMAN
ANNIS PAGE KILDAY-DOUTHAT,
FKA PAGE KILDAY TINO
BRIAN SEIJI KITO
MATTHEW STEEVES LAMB,
AKA MATTHEW STEVES LAMB
TAQUILLA MONYETTA LOVE
DARRYL PERNELL LOVELESS
RANDY WAYNE MAXWELL
JACK DONALD MCALISTER
PATRICIA MARIE MCNICHOL
MICHELE MELLOR,
FKA MICHELE KOTANSKY
MIRIAM ORTEGA
ROGER BUREL PATTERSON

MARY FRANCES PEREZ,
FKA MARY F. PENA
JIMMY WAYNE PHARR
JIMMY ALTON PIERCE
CYNTHIA ANN RAFFENSPARGER,
FKA CYNTHIA ANN GRANGE HANSEN
CORINDA RUSHELLE SALVI
IAN SCHRAGER
DIANA SIMMONS,
FKA DIANA BINGAMAN
AND DIANA LOPEZ
JENNIFER LYNN SMITH,
FKA JENNIFER HANSCOM
KEVIN SHAROD SMITH
DANNY RAY SOFTLEY,
AKA DAN R. SOFTLEY
BRIAN KEITH SOLUM
MICHAEL ANTHONY TEDESCO
CRYSTAL JO VARNER,
FKA CRYSTAL WOODARD
THOMAS ERIC WAHLSTROM

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to sign each grant of clemency to the persons named herein. The Pardon Attorney shall declare that his action is the act of the President, being performed at my direction.

**IN TESTIMONY WHEREOF**, I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.

*Done at the City of Washington this Seventeenth day of January in the year of our Lord Two thousand and seventeen and of the Independence of the United States the two hundred and forty-first.*

**BARACK OBAMA**
**President**